# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156326(97)

*In re* SNOW/WILLIAMS/ROBINSON,
Minors.

SC: 156326
COA: 335536
Wayne CC Family Division:
10-496549-NA

_____/

On order of the Court, the motion for reconsideration of this Court's September 22, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk

s1024